

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

December 14, 2023

**VIA EMAIL AND FEDEX**

Mr. Alexander S. Weller, M.D.
250 North 10th Street, Apt 428
Brooklyn, NY 11211
asweller4@gmail.com

Re:   Weller v. Icahn School of Medicine at Mount Sinai, et al.,
        23-CV-04775 (PKC)(LB)

Dear Mr. Weller:

On behalf of our clients, Mount Sinai Queens (named herein as "Icahn School of Medicine at Mount Sinai", "Mount Sinai Health System, Inc.", and "The Mount Sinai Hospital") Kathy Navid, M.D., Dennis Charney, M.D., and Clarissa Jones-Winter, and pursuant to Rule 3(D) of the Court's Individual Practices and Rules, attached are the Mount Sinai Defendants' Notice of Motion to Dismiss, Memorandum of Law in Support of the Motion to Dismiss, and the Declaration of Rory J. McEvoy in Support of the Motion to Dismiss and the exhibits thereto.

Very truly yours,

/s/ Rory J. McEvoy

Rory J. McEvoy

Attachments