**Filed on ECF**

January 8, 2024

The Honorable Pamela Chen
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Weller v. Icahn School of Medicine at Mount Sinai, et al.*
23-CV-04775 (PKC)(LB)

Dear Judge Chen-

*Pro se* Plaintiff Alexander Weller sent Rory J. McEvoy and Brittany Buccellato, counsel for all Defendants, Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss on January 4, 2024, via both email and USPS first class mail. Further, on January 4, 2024, Plaintiff filed with the District Clerk a sealed letter[1] with exhibits attached, requesting certain redactions of the Motion to Dismiss and response thereof; a copy of this letter was also sent via email to counsel for Defendants on January 4, 2024.

Respectfully submitted-

Alexander S. Weller, MD
*Pro se* Plaintiff
250 North 10th Street, Apt 428
Brooklyn, NY 11211
267-566-2440
Asweller4@gmail.com

---

[1] The letter may have indicated that it was filed on ECF, but it was actually filed with the clerk's office. Plaintiff was not able to upload a sealed document to ECF. Plaintiff apologizes for any confusion.