**Filed on ECF**

January 21, 2024

Honorable Pamela Chen
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Weller v. Icahn School of Medicine at Mount Sinai, et al.*
     23-CV-04775 (PKC)(LB)

**Plaintiff's Reply to Defendants' Opposition to Strike and New Request to Strike**

Dear Judge Chen-

*Pro se* Plaintiff Alexander Weller respectfully submits this letter in response to Defendants' Letter (ECF 23).

Defendants' vexatious attempts to transmogrify a routine dispute of material fact into inappropriate insinuations that Plaintiff has committed a federal felony, bypassing processes more routinely used to resolve disputes of material facts in federal civil litigation (i.e. discovery, summary judgment, jury trial), all while at the motion to dismiss stage, is lamentable. Nonetheless, Defendants' letter is non-responsive to the gravamen of Plaintiff's request to strike scandalous portions in Defendants' 12(b) motion (ECF 22).

Plaintiff's Response to Defendants' Motion to Dismiss is not in noncompliance with the Federal Rules of Civil Procedure, the local rules of the SDNY/EDNY, nor the rules for this honorable Court. Ergo, there is no indication for the Court to strike Plaintiff's papers.

Respectfully submitted-

Alexander S. Weller, MD
*Pro se* Plaintiff
250 North 10th Street, Apt 428
Brooklyn, NY 11211
267-566-2440
Asweller4@gmail.com